IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONSTRUCTION INDUSTRY LABORERS PENSION FUND, et al., | ) ) ) ) |
| Plaintiffs, | No. 4:18-CV-00824-JCH ) ) |
| v. | ) ) |
| **PREMIER WATER & SEWER SERVICES, LLC** | ) ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**

Upon Stipulation for Dismissal with Prejudice filed by the parties in this action,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the above entitled cause be dismissed with prejudice. The Court shall retain jurisdiction over the *Release and Settlement Agreement* between the parties for purposes of enforcement of its terms.

　　　　　　　　　　　　　　　　　/s/ Jean C. Hamilton
　　　　　　　　　　　　　　　　　JUDGE

Date: 8/22/18

{00358678;CILE17-164;DJP }